IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 3:01CR85
CRIMINAL DOCKET NO.: 3:04CR04
CRIMINAL DOCKET NO.: 5:05CR210

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| TORAINE ANTON LEE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own Motion to Transfer Case for Sentencing.

On September 2001, Defendant pled guilty to charges of conspiracy to commit bank fraud and mail theft (Count One), theft or receipt of stolen mail and aiding and abetting (Count Two), and bank fraud and aiding and abetting (Count Six) in case number 3:01cr85. On February 26, 2002, the Honorable Lacy Thornburg sentenced Defendant to 27 months imprisonment. After serving his sentence in that case, Defendant violated the terms of his supervised release, and on June 1, 2005, Defendant was arrested for this violation. On June 6, 2005, United States Magistrate Judge Carl Horn ordered Defendant detained for his supervised release violation. A final hearing on Defendant's supervised release violation was scheduled for August 10, 2005 before Judge Thornburg. On August, 10, 2005, however, Judge Thornburg ordered Defendant's hearing postponed until the resolution of case number 5:05cr210. The final hearing on Defendant's supervised release violation is now scheduled for January 30, 2006.

On July 14, 2004, Defendant pled guilty to charges of conspiracy to defraud the United States (Count One) and bank fraud (Count Four) in case number 3:04cr04. Defendant is

1

currently scheduled to be sentenced by Judge Thornburg in that matter on January 30, 2006.

On September 27, 2005, after a trial before the Honorable Chief Judge Richard Voorhees, a jury found Defendant guilty of the charge of theft or receipt of stolen mail matter and aiding and abetting in case number 5:05cr210. The Court has not yet scheduled Defendant for sentencing in this matter.

In a letter addressed to Judge Thornburg and dated November 28, 2005, Defendant asked Judge Thornburg to preside over Defendant's sentencing in all three cases, including case number 5:05cr210, which is still assigned to Judge Voorhees.

In light of the need for judicial economy, due to the similarity in the pending charges, and with consent of Defendant, the Court finds that transfer of case number 5:05cr210 to the Honorable Lacy Thornburg for purposes of sentencing is appropriate.

**IT IS, THEREFORE, ORDERED** that the Clerk shall transfer case number 5:05cr210 to Judge Thornburg, and all pending and future matters regarding this case will hereafter be conducted by **the Honorable Lacy Thornburg.**

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order on the United States Attorney's Office, Defense Counsel, the United States Probation Office, and the United States Marshall Service.

**Signed: January 19, 2006**

Richard L. Voorhees
United States District Judge