**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

**CRIMINAL NO.  5:05CR210**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TORAINE ANTON LEE** | ) | |
| | ) | |


**THIS MATTER** is before the Court on Defendant's motion for

reconsideration of the Court's order denying his motion to compel his

former counsel to provide to him copies of his entire case file and

Defendant's motion for an extension of time in which to file a motion and

brief pursuant to 28 U.S.C. § 2255.

As stated in the previous Order, this Court has no authority to order

Defendant's former attorney to provide copies of his case file; therefore,

the motion for reconsideration is denied.

As for Defendant's motion to extend the time for filing a motion

pursuant to § 2255, the one-year filing deadline is statutory in nature and

there is no provision in the statute that gives the district court jurisdiction to extend that deadline.  Therefore, the motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration of the Court's order denying his motion to compel is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's motion to extend the time in which to file a motion and brief pursuant to 28 U.S.C. § 2255 is **DENIED.**

Signed: September 2, 2008

Lacy H. Thornburg
United States District Judge